U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 3 2015

TONY R. MOORE, CLERK
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| OTIS LEIGHTON PEAVY,<br>    Appellant | CIVIL ACTION<br>NO. 1:14-CV-02520 |
| VERSUS | |
| U.S. COMMISSIONER OF SOCIAL<br>SECURITY,<br>    Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Peavy's appeal is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 13th day of October 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE